■ In the Matter of PETER MILLER, Petitioner, v BERNARD B. KERIK, as Police Commissioner of the City of New York, et al., Respondents. [749 NYS2d 717] —Determination of respondent Commissioner, dated July 15, 2001, which found petitioner guilty of using excessive force and directed that he be suspended for 20 days without pay, unanimously confirmed, the

petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Michael Stallman, J.], entered December 13, 2001), dismissed, without costs.

Substantial evidence (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 181), including the testimony of the complainant, supported the specification charging petitioner with using excessive force by striking a civilian in the nose while he was handcuffed. No basis exists to disturb respondent's findings of credibility (*see Matter of Berenhaus v Ward*, 70 NY2d 436, 443-444). The penalty imposed does not shock our sense of fairness (*see id.* at 445; *Matter of Hickey v Ward*, 161 AD2d 495). Concur—Saxe, J.P., Buckley, Rosenberger, Lerner and Gonzales, JJ.